NOTE: This disposition is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**HOME SEMICONDUCTOR CORPORATION,**
*Appellant*

**v.**

**SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR LLC,**
*Appellees*

---

2016-2214

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2015-00459.

---

## JUDGMENT

---

CRAIG R. KAUFMAN, TechKnowledge Law Group LLP, Redwood City, CA, argued for appellant. Also represented by JERRY CHEN.

CRAIG E. COUNTRYMAN, Fish & Richardson, PC, San Diego, CA, argued for appellees. Also represented by MICHAEL J. MCKEON, Washington, DC.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (LOURIE, MOORE, and O'MALLEY, *Circuit Judges*).

### AFFIRMED.  *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


June 14, 2017
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court